1  TRAVIS WALL (SBN NO 191662)
   Travis.Wall@kennedyslaw.com
2  KENNEDYS CMK LLP
   455 Market Street, Suite 1900
3  San Francisco, CA 94105
   Telephone:   415-323-4487
4  Facsimile:    415-323-4445

5  Attorneys for Plaintiff
   OLD REPUBLIC UNION INSURANCE COMPANY
6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| OLD REPUBLIC UNION INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIVEONE, INC., a California Corporation<br><br>　　　　Defendant. | Case No. 2:24-cv-9759-ODW-AJRx<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: November 12, 2024<br>Current Response date: December 9, 2024<br>New Response date: January 8, 2025 |

# STIPULATION

WHEREAS, Plaintiff Old Republic Union Insurance Company filed a complaint in this action on November 12, 2024;

WHEREAS, Plaintiff served Defendant LiveOne, Inc. with the summons and complaint on November 18, 2024;

WHEREAS, Defendant LiveOne, Inc.'s current deadline to respond to Plaintiff's Complaint is December 9, 2024;

WHERARS, the firm acting as Defendant's corporate counsel has no attorneys who are a member of the bar in the Central District of California, and Defendant is requesting additional time to retain counsel to represent Defendant in this case;

THEREFORE, pursuant to Local Rule 8-3, plaintiff agrees and stipulates that Defendant LiveOne, Inc.'s deadline to answer or file a responsive pleading is extended by 30 days to January 8, 2025.

DATED:  December 5, 2024                KENNEDYS CMK LLP

By: */s/ Travis Wall*
TRAVIS WALL
Attorneys for Plaintiff
OLD REPUBLIC UNION INSURANCE COMPANY