UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-09759-ODW (AJRx) | Date | November 10, 2025 |
|---|---|---|---|
| Title | Old Republic Union Insurance Company v. LiveOne, Inc. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   **ORDER STRIKING DOCUMENT (Dkt. No. 45.)**


The Court reviewed Defendants' Counsel's Motion to Withdraw. The Court **STRIKES** that document for the following reason(s):

_X_  Motion filed less than twenty-eight days before date noticed for hearing, or less than thirty-five days before date noticed for hearing motion for summary judgment. *See* C.D. Cal. Civ. L.R. 6-1; Scheduling and Case Management Order ¶ 6.f.

_X_  Missing statement of Conference of Counsel Prior to Filing of Motions, or conference held less than seven days prior to filing of the motion. *See* C.D. Cal. Civ. L.R. 7-3.

___  Wrong font size or improperly formatted (e.g., single spaced, improper margins, missing pages numbers, etc.). *See* C.D. Cal. Civ. L.R. 11-3.

___  Over-length. *See* C.D. Cal. Civ. L.R. 11-6; Order Setting Scheduling Conference 5.

___  Missing required information (e.g., Notice of Motion; title page or caption information; table of contents; table of authorities; index of exhibits; Proposed Order, etc.). *See* C.D. Cal. Civ. L.R. 7-4, 7-20, 11-3, 11-8.

___  Does not comply with C.D. Cal. Civ. L.R. 7-6 or 11-5 regarding evidence on motions or filing exhibits electronically.

\_\_\_ Does not contain a statement of material facts with numbered paragraphs or fails to respond to statement of material facts in motion. *See* Scheduling and Case Management Order ¶ 6.f.

\_\_\_ Response does not list and respond to the numbered statement of material facts from the Motion for Summary Judgment. Scheduling and Case Management Order ¶ 6.f.

\_\_\_ Does not comply with L.R. 79-5 regarding filing an item under seal in a civil case.

\_\_\_ Does not comply with Order or Notice in this case for the following reasons: _____.

\_X\_ Other: \_If counsel refiles his motion, he shall also concurrently lodge a declaration for in camera review._____.

The document is stricken and not part of the record.

**IT IS SO ORDERED.**

_____ : \_\_00\_\_

Initials of Preparer   SE